[No. 23135. *En Banc.* May 5, 1931.]

THE STATE OF WASHINGTON, *on the Relation of Douglas A. Shelor, Plaintiff*, v. J. GRANT HINKLE, *as Secretary of State, Respondent.*[1]

*Sam R. Buck*, for relator.

*The Attorney General* and *E. W. Anderson, Assistant*, for respondent.

PER CURIAM.—The court is of the opinion that the issues here presented are identical with the issues involved in the case of *State ex rel. Reiter v. Hinkle*, 161 Wash. 652, 297 Pac. 1071, and that the decision of the court in that case is controlling here.

The writ is therefore denied, and the action is dismissed.

[1]Reported in 298 Pac. 1070.